**Order entered May 10, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00252-CV

**ERIN WALKER, Appellant**

**V.**

**PEGASUS EVENTING, LLC, ET AL., Appellees**

**On Appeal from the 422nd Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 100256-422**

## ORDER

Before the Court is appellees/cross-appellants' May 7, 2019 motion for an extension of time to file their brief and for leave to file an amended brief. We **GRANT** the motion to the extent that we **ORDER** the amended brief received by appellees on May 7, 2019 filed as of the date of this order. We **DENY** the motion as moot to the extent appellees request an extension of time to file their brief. *See* TEX. R. APP. P. 4.1(a).

/s/    ERIN A. NOWELL
        JUSTICE